# United States District Court

WESTERN DISTRICT OF WASHINGTON

SUSAN MYRA COOK,

                      JUDGMENT IN A CIVIL CASE

      v.                              Case No. C10-5110BHS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    (1)    The R&R is **ADOPTED**; and

    (2)    This action is **REVERSED** and **REMANDED** for further administrative proceedings.

    March 3, 2011                          WILLIAM M. McCOOL
        Date                                          Clerk

                                                *s/ Mary Trent*
                                                Deputy Clerk